■ ANTHONY GENTILE, Respondent, v. JOSEPH GENTILE et al., Appellants, and SESAME NURSERY CENTERS, INC. et al., Defendants. — Order of the Supreme Court, Kings County, dated August 14, 1971, affirmed, with $10 costs and disbursements (*Larscy* v. *Hogan & Sons,* 239 N. Y. 298, 302). Hopkins, Acting P. J., Latham, Gulotta, Brennan and Benjamin, JJ., concur.